92

Argued July 24, affirmed July 24, 1973

STATE OF OREGON, *Respondent, v.* GLENN
LESLIE PLEMMONS (No. 26970),
*Appellant.*

511 P2d 1240

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.

Affirmed from the bench.